PROB 12C
(6/16)

Report Date: December 23, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roy Ochoa                                         Case Number: 0980 2:19CR00194-SAB-1

Address of Offender:                         , Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 23, 2012

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Quantity in Excess of 500 Grams of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(A), and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 108 months; TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: October 4, 2019

Date Supervision Expires: October 3, 2024

## PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: According to Spokane Police report number 2019-20237358, Roy Ochoa was questioned by police after the vehicle he was in was reported stolen.  Mr. Ochoa admitted  he had been driving the vehicle and he was arrested for being in possession of a stolen motor vehicle on December 21, 2019.  Mr. Ochoa remains detained at the Spokane County Jail on a $5,000 bond.<br><br>On October 4, 2019, Roy Ochoa signed his judgment for case number 2:19CR00194-SAB-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Ochoa was made aware by his U.S. probation officer that he must obey all laws. |

Prob12C
Re: Ochoa, Roy
December 23, 2019
Page 2

    2    **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Roy Ochoa violated standard condition number 6 by failing to notify his U.S. probation officer of his change in residence.

According to Spokane Police report number 2019-20237358, Roy Ochoa was questioned by police after the vehicle he was in was reported stolen on December 21, 2019. Mr. Ochoa reported to the police officer that he was homeless and borrowed the vehicle. Mr. Ochoa failed to report to the undersigned officer that he was homeless. On December 17, 2019, Mr. Ochoa reported an address of 702 East Mission, in Spokane, Washington. It has now been reported by local law enforcement that this address is a vacant house that has recently been burglarized. Mr. Ochoa did not have permission to be residing at this residence.

On October 4, 2019, Roy Ochoa signed his judgment for case number 2:19CR00194-SAB-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Ochoa was made aware by his U.S. probation officer that he must report any changes in address to the U.S. Probation Office.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/23/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

December 26, 2019

Date