# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>-vs-<br>ROY OCHOA,<br><br>　　　　　　　　　　Defendant. | Case No.　　2:19-CR-194-SAB-1<br><br>CRIMINAL MINUTES<br><br>DATE:　　JANUARY 26, 2022<br><br>LOCATION:　YAKIMA, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 03 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Matthew Stone | | Jeremy Sporn | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**　　Arturo Santana | | | |

[ X ]　Open Court　　　　　[ ]　Chambers　　　　　[ ]　Telecon/Video

Defendant present and out of custody of the U.S. Marshal.

Court asks counsel how is the matter proceeding today.

J. Sporn indicates that he will admit violations 1 and 2.

Court confirms with defendant his name.
　　　Defendant indicates his name is correct.

Court outlines the Petition with the 2 violations.

[ X ]　ORDER FORTHCOMING

| CONVENED: 1:00 P.M. | ADJOURNED: 1:30 P.M. | TIME: 30 MIN. | CALENDARED　[ X ] |
|---|---|---|---|

Court asks defendant if he has reviewed all the violations.  Court asks defendant if he agrees and stipulates that the Court can review and rely on the evidence in the petitions in deciding whether he is in violation of supervised release.
    Defendant understands and indicates yes.

Court outlines violation 1.
    Defendant admits violation 1.

Court outlines violation 2.
    Defendant admits violation 2.

Court finds that based on the evidence in the petitions and the defendant's admissions, the Court finds that defendant is in violation of supervised release and find violations 1 and 2 to be committed.

J. Sporn presents argument and outlines joint recommendations.

M. Stone presents argument and agrees with the comments made by J. Sporn and agree with the recommendations.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Accept recommendation.  No sanction will be imposed.  Continue Mr. Ochoa on previously ordered supervised release.

Right to appeal administered.