FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY OCHOA,<br><br>    Defendant. | No. 2:19-CR-00194-SAB-1<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |

    The Court held a supervised release revocation hearing on January 26, 2022 in Yakima, Washington. Jeremy Sporn appeared on behalf of Defendant Roy Ochoa; Mr. Ochoa was present and out of custody. Matthew Stone appeared on behalf of the United States of America.

    At the hearing, Mr. Ochoa admitted to supervised release violations one and two. The Court found that Mr. Ochoa committed the violations and ordered that Mr. Ochoa remain on the same conditions of supervised release as previously imposed. This Order memorializes the Court's oral ruling.

//
//
//
//
//
//
//
//

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. Supervised Release Violations One and Two in the Petition for Warrant or Summons for Offender Under Supervision, ECF No. 32, are **ADMITTED**.

2. Defendant shall remain on the same conditions of supervised release as previously imposed.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel **AND TO** U.S. Probation.

**DATED** this 26th day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING *2**