PROB 12C  
(6/16)

Report Date: November 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

Nov 16, 2023  

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roy Ochoa                                   Case Number: 0980 2:19CR00194-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Zillah, Washington 98953

Name of Sentencing Judicial Officer: The Honorable Joseph M. Hood, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 23, 2012

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute a Quantity in Excess of 500 Grams of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 108 months        Type of Supervision: Supervised Release<br>TSR - 60 months |
| Revocation Sentence:<br>(02/13/2020) | Prison - 1 month<br>TSR - 59 months |
| Revocation Sentence:<br>(11/01/2023) | Prison - 28 days<br>TSR - 14 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon        Date Supervision Commenced: November 1, 2023 |
| Defense Attorney: | Jennifer R. Barnes       Date Supervision Expires: January 23, 2025 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Ochoa is considered to be in violation of his supervised release conditions by failing to report to the probation office within 72 hours of release from imprisonment since November 1, 2023.<br><br>On November 1, 2023, a supervised release revocation hearing was held. The Court imposed a credit for time-served sentence. |

Prob12C
Re: Ochoa, Roy
November 15, 2023
Page 2

On November 2, 2023, the Yakima County Jail reported that Mr. Ochoa was released from custody to the community on November 1, 2023, at 1:05 p.m. This officer attempted to contact Mr. Ochoa and his wife with no success.

On November 14, 2023, this officer was able to make contact with Mr. Ochoa's mother, who stated that Mr. Ochoa is in the community, but his whereabouts is unknown. She stated to have heard that Mr. Ochoa may be hospitalized, but she did not have any concrete information.

As of the date of this petition, Mr. Ochoa has not made an effort to contact the probation office and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 15, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/16/2023
Date