PROB 12C
(6/16)

Report Date: December 7, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roy Ochoa                              Case Number: 0980 2:19CR00194-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓  Zillah, Washington  98953

Name of Sentencing Judicial Officer: The Honorable Joseph M. Hood, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 23, 2012

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute a Quantity in Excess of 500 Grams of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 108 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(02/13/2020) | Prison - 1 month<br>TSR - 59 months | |
| Revocation Sentence:<br>(11/01/2023) | Prison - 28 days<br>TSR - 14 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 1, 2023 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: December 31, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 11/15/2023.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #1**: You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Ochoa is considered to be in violation of his supervised release conditions by failing to report to the probation office within 72 hours of release from imprisonment since November 23, 2023. |

Prob12C
Re: Ochoa, Roy
December 7, 2023
Page 2

On November 20, 2023, Mr. Ochoa made his initial appearance for petition dated November 15, 2023 (ECF 78), and he was released from custody on previously imposed conditions.

After the hearing concluded, this officer met with Mr. Ochoa and his attorney. Mr. Ochoa was directed to report to this probation officer on November 22, 2023, prior to his travel to the Western District of Washington for a surgery in Seattle, Washington.

On November 22, 2023, Mr. Ochoa failed to report to his probation officer as directed. This officer contacted Mr. Ochoa's sister and mother in attempts to locate Mr. Ochoa. As of the date of this petition, Mr. Ochoa's whereabouts is unknown to his family.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/8/2023

Date